UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: Colette Shell

Case No. 21-42094
Judge Gretchko
Chapter 13

Christopher M. Carey (P51527)
The Carey Law Group, P.C.
Attorneys for Debtor(s)
_____

**WITHDRAWAL OBJECTION TO PROOF OF CLAIM NUMBER 14 FILED BY MICHIGAN DEPARTMENT OF TREASURY**
**FILED ON SEPTEMBER 28, 2021**

    Debtor(s), by and through his/her attorneys, Carey Law Group, P.C., hereby withdraws their **OBJECTION TO PROOF OF CLAIM NUMBER 14 FILED BY MICHIGAN DEPARTMENT OF TREASURY FILED ON SEPTEMBER 28, 2021.**

/s/ Christopher Carey
Christopher M. Carey (P51527)
Carey Law Group, P.C.
Attorneys for Debtor
23930 Michigan Ave
Dearborn, MI 48124
313.274.2999
Ecf@borencarey.com